IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRYSTAL WILLIAMS, <br> TENESHA DOUGLAS and <br> SHAMINA GREEN, <br> Individually and on behalf of others <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MPC, INC. d/b/a STROKERS <br> and TERRI B. FISCHER, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE <br> ) NO. 1:14-cv-0700-SCJ <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties stipulate and agree to the dismissal of this case with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 13$^h$ day of January, 2016.

*/s/ Paul J. Sharman*
Paul J. Sharman
Georgia Bar No.: 227207
THE SHARMAN LAW FIRM LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022
Telephone: (678) 242-5297
Paul@Sharman-Law.com
Attorney for Plaintiffs

*/s/Bennet D. Alsher*
Bennet D. Alsher
Georgia Bar # 013682
FordHarrison LLP
271 17th Street NW, Suite 1900
Atlanta, Georgia 30363
404-888-3852 Tel
404-832-8702 Fax
BAlsher@fordharrison.com
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRYSTAL WILLIAMS, ) <br> TENESHA DOUGLAS and ) <br> SHAMINA GREEN, ) <br> Individually and on behalf of others ) <br> similarly situated, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> MPC, INC. d/b/a STROKERS ) <br> and TERRI B. FISCHER, ) <br>   ) <br>   Defendants. ) | CIVIL ACTION FILE <br> NO. 1:14-cv-0700-SCJ <br><br><br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2016, a true copy of the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed in the CM/ECF system which will provide email notice to all attorneys of record.

/s/ *Paul J. Sharman*
PAUL J. SHARMAN
Georgia State Bar No. 227207
The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

2

2

Case 1:14-cv-00700-SCJ   Document 56   Filed 01/13/16   Page 3 of 3

2